UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>        Defendant. | Case No. 16-cv-02544-VC  (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Steven Wayne Bonilla is a state prisoner who alleges that the Alameda County Superior Court violated his constitutional rights in his state criminal case.  Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, C No. 13-0951 CW (PR).

    The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing.  Therefore, he may not proceed *in forma pauperis*.  Furthermore, he may not proceed even if he pays the filing fee because, even liberally construed, the allegations do not state a claim for which relief may be granted and amendment would be futile.

    Accordingly, this complaint is dismissed with prejudice.  The Clerk of the Court shall enter a separate judgment and close the file.

    **IT IS SO ORDERED.**

Dated:  May 24, 2016

_____
VINCE CHHABRIA
United States District Judge